**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 311 MAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
JESUS FLORES, :
:
                Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.